**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ESTHER CATHERINE BOWLIN**                                              **PLAINTIFF**

**v.**                          **CASE NO. 3:08-CV-00029 BSM**

**ARKANSAS DEPARTMENT OF HEALTH;**
**DR. PAUL HALVERSON, Director of Arkansas**
**Department of Health, in his individual and official**
**capacities; HELEN BROWN, In-Home Service**
**Coordinator for Northeast Region of Arkansas**
**Department of Health, in her individual and official**
**capacities; and GEORGIA MURPHY, In-Home**
**Service Coordinator for Northeast Region of**
**Arkansas Department of Health, in her individual**
**and official capacities**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order of this date, granting defendants' motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 8th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE